IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| HAROLD MADDOX, | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO. G-04-337 |
| CITGO PETROLEUM CORPORATION and CITGO REFINING AND CHEMICALS COMPANY, L.P. | § |
| Defendants. | § |

## FINAL JUDGMENT

As set forth in the Order Granting Defendants' Motion for Summary Judgment, issued this day, Defendants' Motion for Summary Judgment is hereby **GRANTED**.  Any and all claims herein asserted are hereby **DISMISSED WITH PREJUDICE**.  All Parties are to bear their own costs, attorney's fees, and expenses incurred herein to date. **THIS IS A FINAL JUDGMENT**.

**IT IS SO ORDERED**.

**DONE** this 2nd day of June, 2005, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge